**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Pamela Mack, Virgil Shell, Johnny Dickerson, and John Doe, Defendants,

Of whom Pamela Mack is the Appellant,

In the interest of two minor children under the age of eighteen.

Appellate Case No. 2014-000470

Appeal From Lexington County
Michelle M. Hurley, Family Court Judge

Unpublished Opinion No. 2014-UP-412
Submitted October 17, 2014 – Filed November 17, 2014

**AFFIRMED**

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Lillia Ann Gray, of the South Carolina Department of Social Services, of Lexington; and Sheryl Annette Sauls, of Chapin, for Respondent.

Robin Page, of the Law Office of Robin Page, LLC, of Columbia, for Guardian ad Litem.

---

**PER CURIAM:** Pamela Mack appeals the family court's final order terminating her parental rights to her two minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.